# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS,<br><br>Plaintiff,<br><br>v.<br><br>KIRK FONTENOT,<br><br>Defendant . | Case No. 12-cv-02878 NC<br><br>**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED** |

Northern District Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

Upon reviewing of the papers in connection with the order transferring this case from the Western District of Texas, it has come to the Court's attention that this action might be related to *Beauperthuy v. 24 Hour Fitness*, Case No. 06-cv-0715 SC. *See* Pet. to Compel Arbitration at 2-3, Dkt. No. 1 ("Claimant was formerly an opt-in plaintiff in an FLSA collective action entitled *Beauperthuy v. 24 Hour Fitness*, Case No. C 06 0715 (SC), pending in the Northern District of California.").

//

Case No. 12-cv-02878 NC
ORDER REFERRAL RE
CASES RELATED

In accordance with Rule 3-12(c), this action is referred to the Honorable Judge Samuel Conti for a determination of whether this action relates to *Beauperthuy v. 24 Hour Fitness*, Case No. 06-cv-0715 SC.

IT IS SO ORDERED.

DATED: June 14, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge